UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ABIGAIL ROSE,

                Plaintiff,

    -against-                        22-CV-7792 (OTW)

                                         **OPINION & ORDER**

URBAN ARTS PARTNERSHIP,

                Defendant.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 17). The Court has reviewed ECF 17, and finds that the proposed settlement is fair and reasonable.

The Clerk is respectfully directed to close the case.

**SO ORDERED.**

Dated: November 8, 2023                                  *s/ Ona T. Wang*
      New York, New York                             **Ona T. Wang**
                                                         United States Magistrate Judge